U.S.A. vs. Ronnie M. Belk　　　　　　　　　　　　　　　　　Docket No. 5:15-MJ-1839-1

## Petition for Action on Probation

COMES NOW Marla Bianco, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ronnie M. Belk, who, upon an earlier plea of guilty to Driving While Intoxicated- Level 4, in violation of 18 U.S.C.§ 13, assimilating N.C.G.S. 20-138.1, was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, on March 2, 2016, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Ronnie M. Belk has completed 32 of his required 48 hours of community service, 14 hours of his recommended 20 hours of substance abuse treatment, and has been making efforts to pay on his Court ordered fine and fees with a remaining balance totaling $360.00. It is worth noting that the defendant has experienced major transportation issues and lack of steady income during supervision. This officer is requesting a 3 month extension to give him an opportunity to complete these tasks before requesting a revocation hearing.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The term of probation be extended for 3 months for the expiration of March 1, 2017, to June 1, 2017.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Marla Bianco<br>Marla Bianco<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: 910.354.2535<br>Executed On: February 03, 2017 |

## ORDER OF THE COURT

Considered and ordered this __3rd__ day of __February__, 2017, and ordered filed and made a part of the records in the above case.

_/s/ Kimberly A. Swank_
Kimberly A. Swank
U.S. Magistrate Judge