UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Ronnie M. Belk**　　　　　　　　　　　　　　　　　　　　**Docket No. 5:15-MJ-1839-1**

### Petition for Action on Probation

COMES NOW Marla Bianco, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ronnie M. Belk, who, upon an earlier plea of guilty to Driving While Intoxicated- Level 4, in violation of 18 U.S.C.§ 13, assimilating N.C.G.S. 20-138.1, was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, on March 2, 2016, to 12 months probation under the conditions adopted by the court. On February 3, 2017, the court granted the defendant a 3 month extension of probation supervision to afford the defendant an opportunity to complete all special conditions.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Ronnie M. Belk has completed all 48 hours of community service, 18 hours of his recommended 20 hours of substance abuse treatment, and has been making efforts to pay on his Court ordered fine and fees with a remaining balance totaling $360.00. It is worth noting that the defendant has experienced major transportation issues and lack of steady income during supervision. This officer is requesting another 3 month extension to give him an opportunity to complete these tasks before requesting a revocation hearing.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The term of probation be extended for 3 months for the expiration of June 1, 2017, to September 1, 2017.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Marla Bianco<br>Marla Bianco<br>U.S. Probation Officer<br>150 Rowan St., Suite 110<br>Fayetteville, NC 28301-5730<br>Phone: 910.354.2535<br>Executed On: May 31, 2017 |

**Ronnie M. Belk**
**Docket No. 5:15-MJ-1839-1**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this ___1st___ day of ___June___, 2017, and ordered filed and made a part of the records in the above case.

_/s/ Kimberly A. Swank_
Kimberly A. Swank
U.S. Magistrate Judge